FILED
November 03, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002199162

PETER B. BUNTING #124104
Attorney at Law
2501 West Shaw Ave., Suite 119
Fresno CA 93711
*Telephone: (559) 226-4030*
*Facsimile: (559) 226-7397*
Email: Pbpc3@sbcglobal.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO

In re

MARTHA LETICIA FLORES,

Debtor.

CASE NO.: 2009-60731

Chapter 7

**WAIVER OF RIGHT TO CLAIM EXEMPTIONS PURSUANT
TO CALIFORNIA CODE OF CIVIL PROCEDURE §703.140(a)(2)**

1. I, JAVIER B. OLIVARES, am the non-filing spouse in the above-referenced debtor's petition.

2 I hereby waive, in writing, the right to claim, during the period of the case commenced by the filing of the above-referenced debtor's petition, the exemptions provided by the applicable exemption provisions of Chapter 4 of Division 2 of Title 9 of the California Code of Civil Procedure. I hereby elect instead to utilize the applicable provisions set forth in subdivision (b) of Section 703.140 of the California Code of Civil Procedure.

3 I hereby acknowledge that I am knowingly and voluntarily waiving certain rights which I am not obligated to waive.

DATE: 10/27/09

MARTHA LETICIA FLORES
Debtor

DATE: 10/27/09

JAVIER B. OLIVARES
Debtor's Spouse

WAIVER OF RIGHT TO CLAIM EXEMPTIONS

-1-